IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MATTHEW PAUL CALIMER, :
:
    Plaintiff :
:
v. : CIVIL NO. 4:CV-14-178
:
FRANKLIN COUNTY JAIL, : (Judge Brann)
ET AL., :
:
    Defendants :

## **ORDER**

February 25, 2014

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's in forma pauperis motion is construed as a motion to proceed without full prepayment of fees and costs and the motion is **GRANTED**.

2. Calimer's complaint is **DISMISSED WITHOUT PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915 (e)(2)(B)(i).

3. The Clerk of Court is directed to **CLOSE** the case.

4. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

BY THE COURT:

s/Matthew W. Brann

_____

Matthew W. Brann
United States District Judge